**Order entered January 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01299-CV

### IN THE INTEREST OF J.C., ET AL, CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-76-08723-V**

## ORDER

The Court has received a copy of an order on motion for withdraw of counsel stating appellant's counsel, Jan Holeywell-Smith, has withdrawn from this cause. No other counsel has appeared in this Court on this case. We **DIRECT** the Clerk of the Court to remove Jan Holeywell-Smith as appellant's counsel and show appellant is representing himself. Appellant's last known address is:

John Crear
1046 Masters Lane
Snellville, GA 30078

The clerk's and reporter's records have been filed. Accordingly, we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this Order.

/s/    CRAIG STODDART
        JUSTICE